# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Anton Darren Morrow,<br><br>Debtor. | Case No. 26-14587<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on October 30, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: October 30, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee**

**Method of Service: First Class Mail**

Aes Members 1st Fcu
Attn: Bankruptcy
PO Box 8893
Camp Hill, PA 17001

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

Best Egg/Cross River B
Po Box 42912
Philadelphia, PA 19101

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized
Bankruptcy
PO Box 790040
St Louis, MO 36179-0040

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

**Disc/Cap1**
Po Box 31293
Salt Lake City, UT 84131

**Goldman Sachs Bank USA**
Attn: Bankruptcy
P.O. Box 70379
Philadelphia, PA 19176

**Internal Revenue Service**
Centralized Insolvency Operation P.O.
Box 7346
Philadelphia, PA 19101-7346

**Mohela/dofed**
Po Box 300001
Greenville, TX 75403

Pennsylvania Dept. of
Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Syncb/Venmo
Attn: Bankruptcy
PO Box 965065
Orlando, FL 32896-5065

Truist Bank
Attn: Bankruptcy
214 N Tryon St
Charlotte, NC 28202-1078